# UNITED STATES DISTRICT COURT

for the

District of Oregon

MICHAEL G. SCHWERN

*Plaintiff(s)*

v.

Civil Action No. 3:14-CV-00146 -PK

NÓIRÍN PLUNKETT

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> NÓIRÍN PLUNKETT
> 1107 CAMBRIDGE ST
> CAMBRIDGE MA 02139-1411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> BEAR WILNER-NUGENT
> BEAR WILNER-NUGENT, COUNSELOR AND ATTORNEY AT LAW LLC
> 620 SW 5TH AVE STE 1008
> PORTLAND OR 97204-1424

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, *Clerk of Court*

Date: **01/30/2014**

By: s/jjones, Deputy Clerk