**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN,<br><br>        Plaintiff,<br><br>v.<br><br>NÓIRÍN PLUNKETT,<br><br>        Defendant. | Case No.: 3:14-cv-00146-PK<br><br>**DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)**<br><br>**Oral Argument Requested** |

**LR 7-1(A) CERTIFICATION**

Undersigned counsel certifies that the parties made a good faith effort through telephone conference to resolve the dispute herein and have been unable to do so.

**MOTION**

Pursuant to ORS 31.150, defendant Nóirín Plunkett moves to strike all claims brought against her in the above-captioned case by plaintiff Michael G. Schwern on the grounds and for the reasons set forth in her supporting memorandum.

This motion is also supported by the accompanying "Declaration of Nóirín Plunkett" (referred to as "Plunkett Dec." in the accompanying memorandum).

**PAGE 1 – DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)**

Upon allowance of her motion, defendant Plunkett is entitled to and hereby demands reasonable attorney fees and costs pursuant to ORS 31.152(3).

DATED this 20th day of February, 2014.

                                                                                   s/ Erin K. Olson
                                                                                   Erin K. Olson, OSB 934776
                                                                                   Attorney for Defendant

**PAGE 1 – DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)**

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document and its supporting memorandum of law and "Declaration of Noirin Plunkett" on the following by CM/ECF System Transmission:

Bear Wilner-Nugent
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
bwnlaw@gmail.com

    Dated: February 20, 2014

                              s/ Erin K. Olson
                              Erin K. Olson

**PAGE 1 – DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO ORS 31.150 (ANTI-S.L.A.P.P. STATUTE)**

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE BROADWAY STREET   PORTLAND, OREGON 97232-1511
TEL (503) 546-3150  FAX (503) 548-4435  EOLSON@ERINOLSONLAW.COM