**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN,<br><br>    Plaintiff,<br><br> v.<br><br>NÓIRÍN PLUNKETT,<br><br>    Defendant. | Case No.: 3:14-cv-00146-PK<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |

Defendant opposes plaintiff's request for extension of time for the reasons set forth in the accompanying "Declaration of Erin K. Olson in Support of Defendant's Response to Plaintiff's Motion for Extension of Time."

DATED this 5th day of March, 2014.

             s/ Erin K. Olson
             Erin K. Olson, OSB 934776
             Attorney for Defendant

**PAGE 1 – DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document and its supporting "Declaration of Erin K. Olson in Support of Defendant's Response to Plaintiff's Motion for Extension of Time" on the following by CM/ECF System Transmission:

Bear Wilner-Nugent
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
bwnlaw@gmail.com

  Dated:  March 5, 2014

               s/ Erin K. Olson_____
               Erin K. Olson

PAGE 1 – DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR
     EXTENSION OF TIME

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE BROADWAY STREET   PORTLAND, OREGON 97232-1511
TEL (503) 546-3150  FAX (503) 548-4435  EOLSON@ERINOLSONLAW.COM