





Home Notifications Discover Me

Search

**feminism fairy**
@ashedryden

Follow

[TW: partner abuse] Michael Schwern is in jail for attacking his partner. Act accordingly to keep yourself safe bit.ly/18hXPKQ

Reply Retweet Favorite More

| RETWEETS | FAVORITES |
|---|---|
| 19 | 3 |

10:09 AM - 21 Sep 2013

Reply to @ashedryden

**Emily St.** @emilyst · Sep 21
@ashedryden oh my god
Details Reply Retweet Favorite More

**Damon Davison** @Allolex · Sep 21
@ashedryden Respectfully, isn't this something that is best left to the legal system? I have misgivings about Trial by Public Opinion.
Details Reply Retweet Favorite More

**Not All Updates!** @hypatiadotca · Sep 21
@Allolex @ashedryden dude people have witnessed his bullshit, and deserve to have info to keep themselves safe. Plus, public record.
Details Reply Retweet Favorite More

**Not All Updates!** @hypatiadotca · Sep 21
@Allolex @ashedryden you don't get accidentally arrested for /strangulation/.
Details Reply Retweet Favorite More

**Troy Howard** @thoward37 · Sep 21
@ashedryden :(
Details Reply Retweet Favorite More

Home Notifications Discover Me

Search

**Not All Updates!**
@hypatiadotca

Follow

Here's a non-dodgy link to @schwern's arrest record: mcso.us/PAID/Home/Book… also wtf how is strangulation a misdemeanor.

Reply Retweet Favorite More

RETWEETS 4 FAVORITE 1

1:13 PM - 21 Sep 2013

Reply to @hypatiadotca @schwern

**Paige Kimble** @rhiannonrevolts · Sep 21
@hypatiadotca That's what I'd like to know.
Details Reply Retweet Favorite More

**Rick Scott** @shadowspar · Sep 21
@hypatiadotca srsly wtf; even simple assault is a hybrid offense where I come from O_o
Details Reply Retweet Favorite More

**Not All Updates!** @hypatiadotca · Sep 21
@r4gni i know, right? so tired.
Details Reply Retweet Favorite More

**brẍ0** @brx0 · Sep 21
@hypatiadotca Seems it's only a felony here if the perp has priors, there's a weapon involved, or kids are present. oregonlaws.org/ors/163.187
Details Reply Retweet Favorite More

**Not All Updates!** @hypatiadotca · Sep 21
@brx0 depressing :( iirc it was MA that's had really good success using it as an indicator to enact additional safety stuff.

**Favorited by maxp**

**Tim Chevalier** @eassumption · Sep 22
[TW: domestic violence] Michael **Schwern**, prominent open-source programmer, was arrested for assaulting his partner: mcso.us/PAID/Home/Book…

Collapse    ↩ Reply    ⇄ Retweet    ★ Favorite    ••• More

| RETWEETS | FAVORITE | |
|---|---|---|
| 6 | 1 |  |

2:07 AM - 22 Sep 2013 · Details

Reply to @eassumption



**Bonobo23** @Bonobo23 · Sep 24
@eassumption The district attorney's office that investigated this case exonerated @schwern. scribd.com/doc/170684165/…

📄 View summary    ↩ Reply    🗑 Delete    ★ Favorite    ••• More



**Tim Chevalier** @eassumption · Sep 24
.@Bonobo23 Misogynist courts handle domestic violence badly. Doesn't change that Michael Schwern is a violent guy who assaulted my friend.

Expand    ↩ Reply    ⇄ Retweet    ★ Favorite    ••• More



Home Notifications Discover Me

Search

**The Ada Initiative**
@adainitiative

Follow

The Ada Initiative does not support Michael Schwern's ally work adainitiative.org/2013/09/the-ad...

Reply Retweet Favorite More

RETWEETS 10 FAVORITES 4

10:09 PM - 25 Sep 2013

Reply to @adainitiative

**Steven Walling** @StevenWalling · Sep 25
@adainitiative Was a blog post like that really necessary? Couldn't you have just dropped him from events like adainitiative.org/what-we-do/wor... ?
Details Reply Retweet Favorite More

**The Ada Initiative** @adainitiative · Sep 25
@StevenWalling Sorry, we cannot make any further statements at this time.
Details Reply Retweet Favorite More

**Bruno E.** @4b73cb · Sep 25
@adainitiative so he was accused for that, released as not guilty but for you he still committed a crime?
Details Reply Retweet Favorite More

**Steven Walling** @StevenWalling · Sep 25
@adainitiative Okay. Well anyway I support you ensuring safe spaces + supporting genuine allies. Just a little shocked to hear about it all.
Details Reply Retweet Favorite More

**The Ada Initiative** @adainitiative · Sep 25
@4b73cb We cannot make any further statements at this time.

# The Ada Initiative

Supporting women in open technology and culture



## The Ada Initiative does not support Michael Schwern's ally work

**[TRIGGER WARNING: domestic violence arrest]**

On Thursday 19th September 2013, open source community member Michael George Schwern (known commonly as "Schwern") was arrested by Portland Police, North District, on charges of HARASSMENT DV – (B Misdemeanor) and STRANGULATION DV – (A Misdemeanor). On Tuesday 24th September 2013, a lawyer representing Michael Schwern published a press release stating that the District Attorney declined to charge Mr. Schwern and that he faces no charges.

The Ada Initiative has promoted Michael Schwern's advocacy for diversity in open source in the past, including through posts on our blog (e.g. this post and this post) and on our social media.

**The Ada Initiative declines now and in future to work with Michael Schwern or to promote his work** based on the information above. We have updated our existing blog posts mentioning him or his work with a link to this statement.

### Resources for victims of domestic violence and their supporters

The Geek Feminism Wiki has a page on Abuse and Trauma resources. This page has resources for victims of abuse, domestic violence or intimate partner violence, and sexual violence, as well as resources for supporters of victims of abuse and violence.

This entry was posted in Ada Initiative news on September 25, 2013 [http://adainitiative.org /2013/09/the-ada-initiative-does-not-support-michael-schwerns-ally-work/] by Ada Initiative.

Exhibit 5
Page 2 of 2

# Co-Signing the Ada Initiative's Statement on Michael Schwern

**[CONTENT WARNING: Domestic violence arrest]**

On September 25th, the Ada Initiative released the following statement on Michael Schwern:

## The Ada Initiative does not support Michael Schwern's ally work

***[TRIGGER WARNING: domestic violence arrest]***

On Thursday 19th September 2013, open source community member Michael George Schwern (known commonly as "Schwern") was arrested by Portland Police, North District, on charges of HARASSMENT DV – (B Misdemeanor) and STRANGULATION DV – (A Misdemeanor). On Tuesday 24th September 2013, a lawyer representing Michael Schwern published a press release stating that the District Attorney declined to charge Mr. Schwern and that he faces no charges.

The Ada Initiative has promoted Michael Schwern's advocacy for diversity in open source in the past, including through posts on our blog (e.g. this post and this post) and on our social media.

**The Ada Initiative declines now and in future to work with Michael Schwern or to promote his work** based on the information above. We have updated our existing blog posts mentioning him or his work with a link to this statement.

## Resources for victims of domestic violence and their supporters

*The Geek Feminism Wiki has a page on Abuse and Trauma resources. This page has resources for victims of abuse, domestic violence or intimate partner violence, and sexual violence, as well as resources for supporters of victims of abuse and violence.*

The following members of the Geek Feminism Blog co-sign the Ada Initiative's statement:

Annalee

Alex Bayley

Rachel Chalmers

Tim Chevalier

Ashe Dryden

Liz Henry

Leigh Honeywell

If you also wish to co-sign, you may do so in comments. **Please note that this comment thread is open to co-signatures *only*. No other comments will be approved**.

**Share this:**

Twitter 10   Facebook 1   Google

Like

Be the first to like this.

Advocacy project for women in open technology and culture: The Ada Initiative
In "activism"

That Time I Wasn't Harassed At A Conference

One week until Ada Lovelace Day 2013!
In "ada lovelace day"

This entry was posted in **Uncategorized** and tagged **allies**, **domestic violence**, **Tech industry**, **violence against women** on **2013/09/30 [http://geekfeminism.org/2013/09/30/co-signing-the-ada-initiatives-statement-on-michael-schwern/]** by **Annalee**.

Follow

7 thoughts on "Co-Signing the Ada Initiative's Statement on Michael Schwern"



Lisa Hirsch
2013/09/30 at 7:09 am

Lisa Hirsch



Heidi Cautrell
2013/09/30 at 7:11 am

I'd like to cosign as well.

Heidi Cautrell – Programmer



Mauri Favaron
2013/09/30 at 7:27 am

Mauri Favaron



Kim Curry
2013/09/30 at 8:11 am

Kim Curry

Follow



### Betsy Haibel
2013/09/30 at 8:28 am

Betsy Haibel

---



### Addie Beseda
2013/09/30 at 6:54 pm

Cosign, and thank you.

---



### Jordan Buller
2013/10/01 at 1:01 am

Jordan Buller

---

Comments are closed.

☺

Follow

# Regarding Michael Schwern

Posted on **November 18, 2013** by **Christie Koehler**

Michael Schwern has reached out to us regarding an incident that occurred in September of this year where his actions harmed another community member.

The Stumptown Syndicate Board has concluded that the safety and well-being of our community is best served by not allowing Schwern to attend our events or other activities until such time as we indicate it is appropriate for him to resume involvement. We have communicated this to Schwern.

The board continues to discuss the matter, and we seek ways to collectively restore the health and peace of our community through communication, education, and accountability.

Please contact us with questions/concerns: board@stumptownsyndicate.org.



**Share this:**   Tweet  2      Like  6      Share  0

This entry was posted in **community matters** by **Christie Koehler**. Bookmark the **permalink [http://stumptownsyndicate.org/2013/11/18/regarding-michael-schwern/]** .

# The Ada Initiative

Supporting women in open technology and culture

## O'Reilly Announces Anti-Harassment Code of Conduct

In an important milestone for women in the open technology and culture community, Tim O'Reilly announced that O'Reilly Media pledges to create an official code of conduct for OSCON and all O'Reilly events.

The pledge followed several days of emails, tweets, and phone calls by the open source community. The result was an avalanche of enthusiastic support for a clear, specific, actionable code of conduct banning known problem behaviors at open source conferences such as pornography in slides and physical assault.

"An anti-harassment policy isn't everything," says OSCON speaker Selena Deckelmann, "But it helps to define a community standard. O'Reilly Media has taken an important first step toward a code of conduct, and deserves our warmest applause for doing so."

**A hectic few days**

The pebble that started the avalanche was Noirin Plunkett's blog post, "Conferences and Dark Alleyways" on July 22. In it, Plunkett recalled the advice given to her after being assaulted at ApacheCon: if you don't want to get hurt, don't go into dark alleyways.

Plunkett wondered: Given that she had been harassed at OSCON last year, and without an official code of conduct from O'Reilly, was attending the conference "asking for trouble?" Should she cancel her talk and stay home for her own safety?

Among the other comments on Plunkett's blog — most of them supportive — Michael G. Schwern, a noted Perl hacker and frequent speaker at OSCON over the last decade, said he had withdrawn his two talks from this year's OSCON and would boycott the conference until it insti-

tuted an official code of conduct.

Plunkett's blog and Schwern's announcements were not the first to comment on the lack of a policy at O'Reilly. Beginning at least 6 months before the conference, several past speakers had asked O'Reilly if OSCON would have a code of conduct this year. When informed none was planned, they quietly withdrew their talks or did not register. Schwern, however, was the first to withdraw publicly and directly inform O'Reilly executives of his decision.

The same day, another OSCON speaker, Donna Benjamin, edited her OSCON speaker biography to show support for an official code of conduct, and encouraged other speakers to do the same (at least 9 followed her lead). Meanwhile, O'Reilly reached out to Plunkett directly, who referred them to the Ada Initiative as the expert on the subject.

"The Ada Initiative was founded precisely so that full-time experts can answer the phone and advise organizations in need of information, instead of making victims of harassment responsible for changing the culture," says Plunkett.

The next day saw more activity, as the Ada Initiative helped organize public demonstrations of support for a code of conduct, including an online petition. Among the first people to sign the petition was Tim O'Reilly himself.

O'Reilly contacted the Ada Initiative later that day to find out what the community's concerns were and understand more about the problem of harassment at conferences. With the help of extensive documentation, including the Geek Feminism "Timeline of Incidents" and the Linux Weekly News article on conference harassment "The Dark Side of Open Source conferences", and the collective wisdom and experience of the Ada Initiative's directors and advisory board, O'Reilly became convinced that the problem deserved official action by O'Reilly Media, and resolved to act immediately.

The next day, Tim O'Reilly posted on his blog voicing his unequivocal disapproval of harassment and pledging to institute an official code of conduct for future O'Reilly conferences, to much fanfare and applause. Soon, O'Reilly will join the dozens of conferences with some form of anti-harassment policy, including LinuxCon, USENIX conferences, and Open Source Bridge.

**Actions for the Future**

The change of direction at O'Reilly Media is a milestone in itself, and deserves some major kudos. However, the events leading up to it are also worth some review and consideration. The

timeline shows that community input works best when it is coordinated, public in nature, and well-documented.

Events also showed that the Ada Initiative can make a significant difference by providing expert advice and mediation in a timely and non-adversarial manner. At the end of the effort, O'Reilly and advocates of a code of conduct were in agreement on all major points.

What next? Here's some suggestions:

- Take the time to show your public and and private appreciation to Tim O'Reilly, Gina Blaber, Shirley Bailes, and others at O'Reilly Media for being open to discussion and willing to act quickly. If you're at OSCON, you can thank them in person (but don't be annoying! :) ).
- Urge other conference organizers to adopt an anti-harassment policy. The Geek Feminism wiki has a template that can be easily adjusted for specific circumstances.
- Don't attend or speak at conferences that lack a policy — and let the conference and everyone else know exactly why. If you are already booked for a conference without a policy, consider looking for ways to advocate change at the conference.
- Start a discussion with organizers of OSCON and other conferences about including protection of LGBT (Lesbian, Gay, Bisexual, and Transgendered) people in anti-harassment policies. Homophobia and transphobia in particular are widespread in many open technology and culture communities, and are no more acceptable than sexism or racism.
- If you're talking to other community leaders, offer O'Reilly Media as an example to follow.
- Join the Ada Initiative (see our Contact Us page) and encourage your organization to support their work.

The real winner here is O'Reilly Media, who will continue to be able attract the best and brightest speakers and attendees in the open technology and culture community to their conferences. Three cheers for O'Reilly!

 This work is licensed under a Creative Commons Attribution-ShareAlike 3.0 United States.

This entry was posted in Anti-harassment policy on July 26, 2011 [https://adainitiative.org/2011/07/oreilly-announces-anti-harassment-code-of-conduct/] by Valerie Aurora.