Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S SPECIAL MOTION TO STRIKE** |
| v. | |
| NÓIRÍN PLUNKETT, | |
| Defendant. | |

I, BEAR WILNER-NUGENT, make the following declaration under the penalty of perjury and based on my own personal knowledge. I am competent to testify to the following:

1. I am the attorney for the plaintiff in this action. I make this declaration in support of the memorandum of law that I filed on March 20, 2014, in response to defendant's special motion to strike the complaint under ORS 31.150. Specifically, I am submitting this declaration in opposition to defense counsel's emailed suggestion on March 30, 2014, that the exhibits I submitted in response to that motion were not properly authenticated.

2. I personally downloaded each of the exhibits to the motion from the internet on March 20, 2014.

3. I obtained the exhibits by following these URLs:

DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANT'S SPECIAL MOTION TO STRIKE – Page 1

| Exhibit | URL |
|---------|-----|
| 1 | https://twitter.com/ashedryden/status/381465338443202560 |
| 2 | https://twitter.com/hypatiadotca/status/381511470099341312 |
| 3 | https://twitter.com/eassumption/status/381706187219038208 |
| 4 | https://twitter.com/adainitiative/status/383096077668593664 |
| 5 | http://adainitiative.org/2013/09/the-ada-initiative-does-not-support-michael-schwerns-ally-work/ |
| 6 | http://geekfeminism.org/2013/09/30/co-signing-the-ada-initiatives-statement-on-michael-schwern/ |
| 7 | http://stumptownsyndicate.org/2013/11/18/regarding-michael-schwern/ |
| 8 | https://adainitiative.org/2011/07/oreilly-announces-anti-harassment-code-of-conduct/ |

4. All the exhibits are true copies of the publicly viewable content on the web pages available by following the above-listed URLs.

I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that they are made for use as evidence in court and are subject to penalty for perjury.

RESPECTFULLY SUBMTTED March 30, 2014,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Plaintiff

DECLARATION OF BEAR WILNER-NUGENT IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANT'S SPECIAL MOTION TO STRIKE – Page 2