Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **DECLARATION OF CASEY WEST IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S SPECIAL MOTION TO STRIKE** |
| v. | |
| NÓIRÍN PLUNKETT, | |
| Defendant. | |

I, CASEY WEST, make the following declaration under the penalty of perjury and based on my own personal knowledge. I am competent to testify to the following:

1. I am a friend to both parties to this action.

2. I make this declaration in support of plaintiff Michael G. Schwern's memorandum of law in response to defendant Nóirín Plunkett's special motion to strike the complaint under ORS 31.150.

3. I encountered defendant in Boston, Massachusetts in the early fall of 2013. We had a conversation.

4. Defendant told me that plaintiff had raped her with a knife in September 2013. Defendant was very clear in stating to me that plaintiff had not simply threatened her with a knife but that plaintiff had actually used a knife to sexually penetrate defendant.

DECLARATION OF CASEY WEST IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S SPECIAL MOTION TO STRIKE – Page 1

5. Defendant also claimed to me that all of plaintiff's work in the open source software movement was a ploy to get closer to defendant's friends. Defendant explained that once plaintiff was close to her friends, plaintiff could control defendant and cut off her ability to tell people about plaintiff's alleged abuse.

I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that they are made for use as evidence in court and are subject to penalty for perjury.

RESPECTFULLY SUBMTTED April 9, 2014,

/s/ Casey West
Casey West

DECLARATION OF CASEY WEST IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S SPECIAL MOTION TO STRIKE – Page 2



**Bear Wilner-Nugent <bwnlaw@gmail.com>**

## Draft declaration

**Casey West** <casey@geeknest.com>                          Wed, Apr 9, 2014 at 8:18 AM
To: Bear Wilner-Nugent <bwnlaw@gmail.com>
Cc: Michael Schwern <schwern@pobox.com>

I have reviewed this declaration and find it to be true. I agreed to its submission.

- Casey West

[Quoted text hidden]