**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Telephone 503-546-3150
Fax 503-548-4435

   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN,<br><br>                    Plaintiff,<br><br>   v.<br><br>NÓIRÍN PLUNKETT,<br><br>                    Defendants. | Case No.: 3:14-cv-00146-PK<br><br><br><br>**DEFENDANT'S NOTICE OF APPEAL FROM ORDER OF DISTRICT COURT** |

Notice is hereby given that the defendant in the above named case, Nóirín Plunkett, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order of the District Court for the District of Oregon entered in this case by Hon. Marco Hernandez on July 7, 2014 (Docket No. 25) adopting the Findings and Recommendation of Magistrate Judge Paul Papak (Docket #21) and denying Defendant's special motion to strike pursuant to ORS 31.150.

**PAGE  1 – PLAINTIFF'S NOTICE OF APPEAL TO COURT OF APPEALS FROM
            JUDGMENT OF DISTRICT COURT**

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE BROADWAY STREET   PORTLAND, OREGON 97232-1511
TEL (503) 546-3150  FAX (503) 548-4435  EOLSON@ERINOLSONLAW.COM

# REPRESENTATION STATEMENT (9th Cir. R. 3-2)

The parties to the judgment appealed from and the names and addresses of their counsel are as follows:

<u>Nóirín Plunkett, Defendant-Appellant</u>:

Erin K. Olson, OSB 934776
E-mail:  eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR  97232
Telephone:  (503) 546-3150
Fax:  (503) 548-4435

<u>Michael G. Schwern, Plaintiff-Appellee</u>:

Bear Wilner-Nugent
E-mail:  bwnlaw@gmail.com
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
Telephone:  (503) 351-2327
Fax:  (503) 914-6665

Dated this 8th day of July, 2014.

/s/ Erin K. Olson
Erin K. Olson, OSB 934776
Attorney for Defendant

**PAGE  2 – PLAINTIFF'S NOTICE OF APPEAL TO COURT OF APPEALS FROM JUDGMENT OF DISTRICT COURT**

<u>LAW OFFICE OF ERIN OLSON, P.C.</u>
2014 NE BROADWAY STREET   PORTLAND, OREGON 97232-1511
TEL (503) 546-3150  FAX (503) 548-4435  EOLSON@ERINOLSONLAW.COM

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document on the following by CM/ECF System Transmission:

Bear Wilner-Nugent
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
bwnlaw@gmail.com
    *Attorney for Plaintiff*

Dated: July 8, 2014

                                                   s/ Erin K. Olson_____
                                                 Erin K. Olson

**PAGE 3 – DEFENDANT'S NOTICE OF APPEAL FROM ORDER OF DISTRICT COURT**

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE BROADWAY STREET   PORTLAND, OREGON 97232-1511
TEL (503) 546-3150  FAX (503) 548-4435  EOLSON@ERINOLSONLAW.COM