**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION**
**AND ORDERING FORM**

| 1. District Court Case No.: 3:14-CV-00146-PK | 2. Short Case Title: Schwern v. Plunkett |
|---|---|
| 3. Court of Appeals Case No.: 14-35576 | 4. ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| 5. NAME (Party Ordering Recording/Transcript): Erin Olson | 6. PHONE NUMBER: (503)546-3150 | 7. DATE: 7/8/2014 |
|---|---|---|

| 8. MAILING ADDRESS: 2014 NE Broadway St. | 9. CITY: Portland | 10. STATE: OR | 11. ZIP: 97232 |
|---|---|---|---|

12. ORDER FOR: ☐ PLAINTIFF NAME: _____ ☒ DEFENDANT NAME: Noirin Plunkett
☒ APPEAL      ☐ CRIMINAL      ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL  ☒ CIVIL         ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ 13. RECORDING REQUESTED: Specify portion(s) and date(s) of proceedings(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy cost: $30 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☒ 14. TRANSCRIPT REQUESTED: Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Hearing - Defendant's Motion to Strike | 4/9/2014 | Papak |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| **ORDINARY**: To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☒ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **EXPEDITED**: To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **DAILY**: Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| **14-day Transcript**: To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **HOURLY**: to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |

15. DISTRIBUTION: Mail, (email) or fax a copy of these forms to the Clerk's Office and to all parties.

Revised 07/02/2012