Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **FIRST JOINT STATUS REPORT** |
| v. | |
| NÓIRÍN PLUNKETT, | |
| Defendant. | |

On August 15, 2014, the Court directed the parties to file a formal joint status report every 120 days during the pendency of defendant's appeal. This is the first such report.

Defendant filed her opening brief in the Ninth Circuit on November 16. Amicus curiae National Crime Victims Law Center filed its brief on November 22. Plaintiff's answering brief is due on December 17, although plaintiff is eligible to file a streamlined request for a 30-day extension of time under the procedure set forth at http://cdn.ca9.uscourts.gov/datastore/uploads/general/SLannouncementII.pdf, as defendant did.

FIRST JOINT STATUS REPORT – Page 1

Once plaintiff files his answering brief, defendant will have 14 days to file a reply brief. The parties anticipate that the case will be calendared for oral argument sometime in 2015.

The parties will file their next joint status report on April 10, 2015.

RESPECTFULLY SUBMTTED December 12, 2014,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Plaintiff
On behalf of both parties

FIRST JOINT STATUS REPORT – Page 2