Erin K. Olson, OSB 934776
E-mail:  eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR  97232-1511
Telephone:  (503) 546-3150
Facsimile:   (503) 548-4435
   Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTIALD DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NÓIRÍN PLUNKETT,<br><br>　　　　　Defendant. | Case No.:  3:14-cv-00146-PK<br><br><br><br><br>**MOTION FOR AN ORDER AUTHORIZING WITHDRAWAL OF COUNSEL FOR DEFENDANT** |

　　　Erin K. Olson, counsel for defendant, hereby moves this court, pursuant

to Rule 83.11(a) of the Local Civil Rules of the United States District Court for

the District of Oregon, for the entry of an Order authorizing her to withdraw as counsel for defendant.

In support of this motion, undersigned represents as follows:

1. <u>Background</u>.

    (a) Olson began representing defendant in February of 2014 under the terms of a written fee agreement which permits Olson to withdraw from representation of defendant at any time.

    (b) Olson defended the lawsuit in this court on defendant's behalf, and thereafter filed a notice of appeal from the order denying defendant's anti-SLAPP motion and fully briefed the issues in the Ninth Circuit Court of Appeals.  Oral argument has not yet been scheduled.

    (c) Olson advised defendant on March 26, 2015, that she would no longer represent defendant.

    (d) No substitute counsel has been identified.

    (e) A similar motion has been filed in the Court of Appeals.

2. <u>Relief Requested</u>. By this Motion, Olson seeks an Order authorizing her to withdraw as counsel for defendant. Upon allowance of this Motion, if no other counsel has appeared for defendant, Olson will notify the Clerk and plaintiff's counsel of the address at which defendant may be contacted.

3. <u>Legal Authority</u>. The relief sought herein is governed by District Court Rule 83.11(a), which provides, in relevant part, that:

> An attorney may withdraw as counsel of record only with leave of court. Unless there is a substitution of counsel, a motion must be filed and served on the client and opposing counsel.

DATED this 27TH day of March, 2015.

                            LAW OFFICE OF ERIN OLSON, P.C.

                            <u>s/ Erin K. Olson</u>
                            Erin K. Olson, OSB No. 934776
                            (503) 546-3150
                            Fax (503) 548-4435
                            eolson@erinolsonlaw.com
                            Attorney for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing **MOTION FOR AN ORDER AUTHORIZING WITHDRAWAL OF COUNSEL FOR DEFENDANT** on March 27, 2015, with the Clerk of the Court for the United States District Court for the District of Oregon by using the CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I further certify that I served a copy of this motion on defendant by e-mail attachment and by prepaid, first-class mail.

DATED this 27th day of March, 2015.

                                              s/ Erin K. Olson
                                              Erin K. Olson, OSB 934776
                                              Attorney for Defendant-Appellant