Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **SECOND JOINT STATUS REPORT** |
| v. | |
| NÓIRÍN PLUNKETT, | |
| Defendant. | |

On August 15, 2014, the Court directed the parties to file a formal joint status report every 120 days during the pendency of defendant's interlocutory appeal. This is the second such report.

Defendant's appeal has been fully briefed and is pending placement on the Ninth Circuit's oral argument calendar. At this point, it appears that oral argument will be held no sooner than July 2015.

Defendant's counsel has moved to withdraw from representing defendant in both the

SECOND JOINT STATUS REPORT – Page 1

Ninth Circuit and this Court. The Ninth Circuit granted the motion to withdraw in an order filed on April 3, 2015. This Court still has the motion to withdraw under advisement.

The parties will file their next joint status report on August 7, 2015.

RESPECTFULLY SUBMTTED April 8, 2015,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Plaintiff
On behalf of both parties

SECOND JOINT STATUS REPORT – Page 2