Lake James H. Perriguey, OSB No. 983213
lake@law-works.com
LAW WORKS LLC
1906 SW Madison Street
Portland, OR  97205-1718
Telephone:  (503) 227-1928
Facsimile:  (503) 334-2340

Dan Booth, MassSB No. 672090   *pro hac vice app pending*
leaston@dorsayindianlaw.com
Booth Sweet LLP
32R Essex Street #1A
Cambridge, MA 02139
(617) 250-8629
(617) 250-8883 fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL D. SCHWERN**, | Case No.   3:14-CV-00146-PK |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| **NÓIRÍN PLUNKETT**, | |
| Defendant. | |

TO:   Clerk of the Court and all parties of record

I am admitted to practice law in Oregon and before this court.  I appear as counsel for Defendant, **NÓIRÍN PLUNKETT.**

May 7, 2015.                              /Lake James H. Perriguey/
                                                    Lake James H. Perriguey, OSB 983213

Page 1   -   NOTICE OF APPEARANCE