Lake James H. Perriguey, OSB No. 983213
lake@law-works.com
LAW WORKS LLC
1906 SW Madison Street
Portland, OR  97205-1718
Telephone: (503) 227-1928
Facsimile:  (503) 334-2340

Dan Booth, MassSB No. 672090
dbooth@boothsweet.com
Booth Sweet LLP
32R Essex Street #1A Cambridge, MA 02139
Telephone: (617) 250-8629
Facsimile:  (617) 250-8883 fax
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL D. SCHWERN**, | Case No.: 3:14-CV-00146-PK |
| Plaintiff, | |
| v. | **CORRECTED NOTICE OF APPEARANCE** |
| **NÓIRÍN PLUNKETT,** | |
| Defendant. | |

TO: Clerk of the Court and all parties of record:

I am admitted to practice law in Oregon and before this court. I appear as counsel for

Defendant, **NÓIRÍN PLUNKETT.**

May 7, 2015.            /Lake James H. Perriguey/
                        Lake James H. Perriguey, OSB 983213

Page 1   -