UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Michael G. Schwern

**Plaintiff(s),**

v.

Nóirín Plunkett

**Defendant(s).**

Civil Case No. 3:14-cv-00146-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Dan Booth  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)   PERSONAL DATA:**

Name: Booth             Dan             G
      *(Last Name)*    *(First Name)*  *(MI)*    *(Suffix)*

Firm or Business Affiliation: Booth Sweet LLP

Mailing Address: 32R Essex Street

City: Cambridge      State: MA      Zip: 02139

Phone Number: 617-250-8602      Fax Number: 617-250-8883

Business E-mail Address: dbooth@boothsweet.com

**(2) BAR ADMISSIONS INFORMATION:**

(a)  State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts, 6/23/2008, #672090

New York, 9/2007, #4533725

(b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
District Court for the District of Massachusetts, 7/13/2010, #672090

Court of Appeals for the First Circuit, 10/16/2012, #1155151

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Nóirín Plunkett

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 6th day of May, 2015

*(Signature of Pro Hac Counsel)*

Dan Booth
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 6th day of May, 2015

*(Signature of Local Counsel)*

Name: Perriguey (Last Name)   Lake (First Name)   James (MI)   Hammond (Suffix)

Oregon State Bar Number: 983213

Firm or Business Affiliation: Law Works LLC

Mailing Address: 1906 SW Madison Street

City: Portland   State: OR   Zip: 97205

Phone Number: 5038035184   Business E-mail Address: lake@law-works.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this ____ day of _____, ____

Judge