UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Michael G. Schwern

           Plaintiff(s),

v.

Nóirín Plunkett

           Defendant(s).

Civil Case No. 3:14-cv-00146-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Dan Booth** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Booth, Dan, G
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Booth Sweet LLP
Mailing Address: 32R Essex Street
City: Cambridge   State: MA   Zip: 02139
Phone Number: 617-250-8602   Fax Number: 617-250-8883
Business E-mail Address: dbooth@boothsweet.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts, 6/23/2008, #672090

New York, 9/2007, #4533725

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
District Court for the District of Massachusetts, 7/13/2010, #672090

Court of Appeals for the First Circuit, 10/16/2012, #1155151

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Nóirín Plunkett

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 6th day of May, 2015

_____
*(Signature of Pro Hac Counsel)*

Dan Booth
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 6th day of May, 2015

_____
*(Signature of Local Counsel)*

Name: Perriguey (Last Name)    Lake James (First Name)    Hammond (MI)    (Suffix)

Oregon State Bar Number: 983213
Firm or Business Affiliation: Law Works LLC
Mailing Address: 1906 SW Madison Street
City: Portland    State: OR    Zip: 97205
Phone Number: 5038035184    Business E-mail Address: lake@law-works.com

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 12th day of May, 2015

_____
Judge