Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME** |
| v. | |
| NÓIRÍN PLUNKETT, | |
| Defendant. | |

    Plaintiff Michael G. Schwern, through counsel, respectfully submits this response to defendant's motion for an extension of time to respond to plaintiff's motion for sanctions against defendant. Enough time has elapsed since the parties' conferral about the concept underlying this motion that clarification is required.

    On May 7, 2015, local defense counsel Lake Perriguey conferred with plaintiff's counsel by telephone. At that time, plaintiff's counsel did state that he would not oppose an extension for defendant to respond to the motion for sanctions until after the Court rules on plaintiff's motion

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME –
 Page 1

to lift the stay for the limited purpose of adjudicating the sanctions motion. On May 12, however, the Court issued a scheduling order setting both motions for hearing on June 23 and setting a briefing schedule. In plaintiff's counsel's opinion, the May 12 scheduling order vitiated the parties' May 7 agreement. Defense counsel did not contact plaintiff's counsel in the 10 days since the May 12 scheduling order. Plaintiff's counsel would not have agreed to the instant motion for extension of time in light of that scheduling order. Defense counsel has, however, correctly represented the parties' May 7 agreement, and in a formal sense that agreement was never altered.

      Plaintiff defers to the Court as to how to handle the scheduling of these motions, but wanted the Court to be fully informed before deciding.

      RESPECTFULLY SUBMTTED May 22, 2015.

/s/ Bear Wilner-Nugent  
Bear Wilner-Nugent, OSB #044549  
Attorney for Plaintiff

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME –
 Page 2