# BOOTH SWEET LLP

32R Essex Street  Cambridge, MA 02139
T: 617.250.8602 | F: 617.250.8883 | www.boothsweet.com

April 30, 2015

Bear Wilner-Nugent
620 SW 5th Avenue, Suite 1008
Portland, OR 97204

**Re: *Schwern v. Plunkett*, Case No. 3:14-cv-00146-PK (D. Or.)**

**Sent via email to bwnlaw@gmail.com**

Dear Mr. Wilner-Nugent:

I write in response to your letter to Nóirín Plunkett dated April 8, 2015 and your April 22, 2015 email to me regarding the above-referenced action. Your April 8 letter stated your intent to file your Plaintiff's Motion for Sanctions Against Defendant ("Motion") 21 days thereafter; your email stated that you would not extend the time for filing your Motion past May 4, unless Plunkett withdrew her Ninth Circuit appeal.

I will caution you that your Motion is wholly unfounded. Filing it would be completely improper, directly violating the court-ordered stay of proceedings and contravening the purpose of the Oregon anti-SLAPP statute, ORS 31.150 *et seq.*, and would leave both you and Mr. Schwern subject to sanctions.

On July 15, 2014, Plunkett moved for a stay pursuant to both Fed. R. App. P. 8(1)(A) and ORS 31.152(2). See Doc. 29 p. 1. On August 15, 2014, pending the Ninth Circuit's resolution of the appeal of Plunkett's anti-SLAPP special motion to strike, the Court ordered a stay of not just discovery, but of all proceedings. Doc. 38. The Court found that "Plunkett's motion for stay of these proceedings is well taken." *Id.* p. 3. As the Court noted, the Ninth Circuit allowed Plunkett's appeal to proceed without requiring a Rule 54(b) certification that the Court's order denying the anti-SLAPP motion was final and appealable. *Id.* Therefore, the Court reasoned, Plunkett's right to appeal "would necessarily stem from adoption of her plausible interpretation of the statute as providing immunity from suit rather than (mere) defense against liability." *Id.* Your motion puts that immunity under attack. "[I]t would entirely defeat the purpose of the statute to permit this action to proceed pending the outcome of Plunkett's appeal,  in that even if Plunkett were ultimately entirely successful before the Ninth Circuit, absent a stay of trial-court proceedings she would still have been subjected to the necessity of litigating claims from which she presumptively should have been granted complete immunity." *Id.* In the interim, the only filings permitted in the Court are joint status reports every 120 days and notice of any material developments in connection with the appeal. *Id.* p. 4.

Your Motion offers no valid basis for violating the stay or from further encroachments on Plunkett's immunity from suit. Pursuant to ORS 31.152(3), Plunkett would seek reimbursement of any fees and

1

Exhibit A

costs incurred in fighting this end-run around the statute, in addition to the fees and costs already demanded based on the motion to strike. See Doc. 4 p. 2. A prevailing anti-SLAPP defendant's entitlement to reasonable attorney's fees and costs is not limited to those incurred in relation to the motion to strike. *See Schumacher v. City of Portland*, CV-07-601-MO, 2008 U.S. Dist. LEXIS 5443 at *9, 2008 WL 219603 at *4 (D. Or. Jan. 23, 2008). Moreover, because your Motion would serve no purpose but to ratchet up costs for all parties without basis, it would itself be sanctionable under Fed. R. Civ. P. 11 and 28 U.S.C. § 1927.

The Motion argues that Plunkett should be sanctioned for stating, in a declaration filed with the Court, the well-founded belief that Mr. Schwern sent six white roses to Plunkett for delivery on January 27, 2014, which was both Plunkett's birthday and the date you filed this lawsuit on Mr. Schwern's behalf. Doc. 6 ¶ 10 & Exh. 3. Your Motion's Facts section enumerates seven supposed "reasons why these files establish that defendant or someone acting on her behalf, not plaintiff, placed the TaskRabbit order for the rose delivery." Motion pp. 5-6. Setting aside the issue of the admissibility of the TaskRabbit files in question, which you obtained in connection with a separate proceeding involving the abuse prevention order imposed on Mr. Schwern, *id.* pp. 4-5, those files offer no support for your concocted argument.

Simply, your Motion simply fails to allege any fact that contradicts Plunkett's declaration. The seven "reasons" you cite suggest only that the person who ordered the roses sought to conceal his identity (by using a disposable email address, prepaid debit card, and TOR server), and knew Plunkett's name and contact information (name, phone number, street address, and zip code). That is fully consistent with, and lends credence to, Plunkett's declared belief that Mr. Schwern ordered the roses. He had ample reason to conceal his identity when ordering the roses, because the abuse prevention order barred him contacting Plunkett by any means, directly or indirectly. *See* Doc. 6 p. 6. He surely had the knowhow, as a declared "open source computer software expert." Complaint ¶ 1. He knew Plunkett's name and phone number, which had not changed throughout their relationship. And Mr. Schwern well knew Plunkett's Massachusetts address, though you falsely claim that "Defendant has never presented any evidence tending to establish how plaintiff could have learned" it. Motion p. 5. The abuse prevention order listed that address, as needed to inform Mr. Schwern which residence he was required to avoid. Doc. 6 p. 6. He knew the address well before January 2014; his attorney appeared to contest the order's extension on December 12, 2013. *Id.* p. 7 ("Def atty appeared").

That abuse prevention order further gives the lie to your spurious Motion, which is founded on the implausible conspiracy theory that in January 2014, Plunkett saw fit to engineer the rose delivery to herself. without once suggesting a motive for doing so. Mr. Schwern lived across the country in Portland, Oregon, and the abuse prevention order had already been extended through December 12, 2014. Doc. 6 p. 7. Why would Plunkett go to the trouble? According to the Motion, the TaskRabbit account was created on January 24, 2014. Motion p. 5. Plunkett could not then have anticipated what Mr. Schwern had planned. Unbeknownst to Plunkett, he had arranged with you to file this lawsuit against his ex-wife three days later, on January 27, 2014. Meanwhile, TaskRabbit identified the person who placed the order as "Michael S." Doc. 6 p. 9. Nothing in your Motion, or your conspiracy theory, contradicts Plunkett's declared belief that Michael S. was Michael Schwern. The evidence you would proffer for support is instead wholly consistent with Mr. Schwern's pattern of harassment, which stretches back years; this lawsuit, and the Motion, are only the latest chapters.

Further grounds for denying your Motion, and for imposing sanctions on you and your client under Section 1927 and Rule 11 should you be so rash as to file it, are found in the Motion's proposal to reopen discovery, despite the stay, without satisfying the anti-SLAPP statute. Pending resolution of the stay, "the

2

court, on motion and for good cause shown, may order that specified discovery be conducted notwithstanding the stay." ORS 31.152(2). The Motion lacks good cause for pursuing discovery, because it only alleges facts consistent with Plunkett's declaration. It also lacks the required specificity, as it seeks "further proceedings, which could include the examination under oath of defendant and other witnesses." Motion p. 9. This open-ended request is far broader than permissible. *See Page v. Parsons*, 249 Ore. App. 445, 457, 277 P.3d 609, 616 (Or. Ct. App. 2012) (affirming trial court's denial of request for "wide-open discovery" pending resolution of anti-SLAPP motion). Once an anti-SLAPP motion is filed, the Oregon legislature gave plaintiffs the burden "to show a need for discovery." *Id.* Discovery is properly denied when the plaintiff fails to "show good cause, and request with particularity, discovery that may assist Plaintiff in meeting its burden that it will prevail on the claims." *Id.* Your broad request does not satisfy the anti-SLAPP plaintiff's burden to narrowly tailor any request to specified discovery needed to prove the claims at issue. Nothing in your Motion would alter the issues before the Ninth Circuit or buttress Mr. Schwern's frivolous claims on the merits, so it is irrelevant and does not support any need for discovery you may claim.

The Motion's lack of merit makes its pretextual nature transparent. This is only your latest attempt to circumvent the automatic anti-SLAPP stay on discovery and impose needless burdens on Plunkett. *See* Doc. 9 ¶¶ 11-12; Doc. 15 ¶ 10 (conceding plaintiff would need discovery to prove his allegations); Doc. 36 at 20:11-24 (proposing to subpoena nonparties, depose Plunkett, and seek production from Plunkett). You have all but admitted in open Court that Mr. Schwern is on a fishing expedition. Doc. 36 at 7:13-16 ("plaintiff simply needs some time to do a bit of discovery to see if -- if -- if there's enough there to make a meritorious claim and move forward, which I think is what this is all about"). Filing suit without first determining whether you have a meritorious claim gets litigation exactly backwards. Doing so without a reasonable inquiry is sanctionable under Rule 11. Pursuing the Motion despite the stay would unreasonably and vexatiously multiply the proceedings in violation of 28 U.S.C. § 1927. This sort of bad-faith litigation is exactly what the anti-SLAPP statute is designed to prevent, and your unfounded conspiracy theory does not support abridging Plunkett's immunity from all proceedings in this matter.

If you file the Motion regardless, you should expect Plunkett to oppose it, defeat it, and file a motion seeking sanctions against you and Mr. Schwern. "A party defending a Rule 11 motion need not comply with the separate document and safe harbor provisions when counter-requesting sanctions." *Patelco Credit Union v. Sahni*, 262 F.3d 897, 913 (9th Cir. 2001). I will not hesitate to protect Plunkett. I hope you come to your senses and spare us all further litigation over your senseless, frivolous Motion.

Thank you for your attention to these issues.

Sincerely,

Dan Booth
Booth Sweet LLP
Massachusetts BBO # 672090

3

Exhibit A

**Zillow**

MENU ▾

Homes | Rentals | Mortgages | Agents | Advice | Local | Home design | More

Sign in or Join　Advertise ?

CORRECT HOME FACTS | ♡ SAVE | GET UPDATES | REPORT HOME | MORE ▾

City, State, or Zip 🔍

Massachusetts · Cambridge · Wellington-Harrington · 1107 Cambridge St



VIEW LARGER

MAP | BIRD'S EYE

# 1107 Cambridge St,
## Cambridge, MA 02139

**2 beds · 1 bath · -- sqft**  Edit

Edit home facts for a more accurate Zestimate.

● **OFF MARKET**
Zestimate®: $667,205
Update my Zestimate
Rent Zestimate®: $2,360/mo
Est. Refi Payment
**$2,465/mo** ▾
See current rates on Zillow
See your 2015 Credit Score from Equifax ↗

Good spaces for a couple or two roommates facing a side walkway off Cambridge Street between Inman and Central Square. Fair rent for the size and location. Come see, call today.}

**FACTS**
■ Multi Family
■ Views: 196 all time views

**FEATURES**
■ Parking: On street

More ▾

See data sources

## Zestimate Details

Add owner estimate

**Zestimate** ⑦
**$667,205**
[+$4,227] Last 30 days

**Rent Zestimate** ⑦
**$2,360/mo**
[+$12] Last 30 days

**Zestimate forecast**
🔒 To see Zestimate forecast
Create a free account
One year

**GET A PROFESSIONAL ESTIMATE**



☑ **Lisa Drapkin** | PREMIER AGENT
★★★★★ (3)
[29] Recent sales
(781) 609-7875

☐ **Peter Skambas** | PREMIER AGENT
★★★★★ (20)
[31] Recent sales
(978) 710-8267

☐ **Lucia Fosco** | PREMIER AGENT
★★★★★ (10)
[4] Recent sales
(617) 640-2418

👤 Your Name

📞 Phone

✉ Email

I own this home and would like a professional estimate at 1107 Cambridge St, Cambridge, MA 02139.

**Contact Agent**

Learn how to appear as the agent above

**Similar Homes for Sale**



● FOR SALE
**$850,000**
8 beds, 3.0 baths, 2910 s...
57 Webster Ave, Somervi...

● FOR SALE
**$729,000**
5 beds, 3.0 baths, 2266 s...
309 Washington St, Som...

See listings near 1107 Cambridge St

EXHIBIT B



zillow.com Site Overview ×

www.alexa.com/siteinfo/zillow.com

Important Information for Customers in Ohio. Find out more

Alexa An amazon.com company

Browse Top Sites or Enter a site Find

Menu

Sign In Create an Account

## Competitive Intelligence

Site Overview

# zillow.com

This site's metrics are estimated

Is this your site? Certify your site's metrics.

## How popular is zillow.com?

### Alexa Traffic Ranks

How is this site ranked relative to other sites?

Global Rank

176 ▲40

Rank in United States

36

### Monthly Unique Visitor Metrics

Past 30 Days — Last Updated May 27, 2015

| Country | Estimated Unique Visitors | Estimated Visits | Estimated Pageviews |
|---|---|---|---|
| United States | Advanced Plan only | Advanced Plan only | Advanced Plan only |

View All Available Countries

Data for this site available in the Advanced plan. Upgrade to view

Exhibit C

**Zillow**

MENU | Homes | Rentals | Mortgages | Agents | Advice | Local | Home design | More    Sign in or Join   Advertise

CORRECT HOME FACTS   ♡ SAVE   GET UPD/   City, State, or Zip 🔍





MAP   BIRD'S EYE

## 1107 Cambridge St, Cambridge, MA 02139

| 2 beds · 1 bath · --- sqft | ✎ Edit |

Edit home facts for a more accurate Zestimate.

● **OFF MARKET**
Zestimate®: $665,727
Update my Zestimate
Rent Zestimate®: $2,364/mo
Est. Refi Payment
$2,474/mo 🖩 ▾
See current rates on Zillow
See your 2015 Credit Score from Equifax ↗

Good spaces for a couple or two roommates facing a side walkway off Cambridge Street between Inman and Central Square. Fair rent for the size and location. Come see, call today.}

**FACTS**
- Multi Family
- Views: 186 all time views

**FEATURES**
- Parking: On street

More ⌄      See data sources

## Zestimate Details

Add owner estimate

| Zestimate ⓘ | Rent Zestimate ⓘ | Zestimate forecast |
|---|---|---|
| **$665,727** | **$2,364/mo** | 🔒 To see Zestimate forecast |
| +$5,779 Last 30 days | +$75 Last 30 days | Create a free account |
| $619K ─ $699K | $2K ─ $3K | ○ One year |
| Zestimate range | Zestimate range | |

| Zestimate ▾ | | 1 year   5 years   **10 years** |

### GET A PROFESSIONAL ESTIMATE



☑ **Valerie and Keith**   PREMIER AGENT
★★★★★ (28)
35 Recent sales
(857) 284-8509

☐ **Jennifer Keenan**   PREMIER AGENT
★★★★★ (33)
18 Recent sales
(781) 281-9833

☐ **Camille Perry**   PREMIER AGENT
★★★★½ (5)
(857) 250-0618

👤 | Your Name
📞 | Phone
✉ | Email

I own this home and would like a professional estimate at 1107 Cambridge St, Cambridge, MA 02139.

**Contact Agent**

Learn how to appear as the agent above

### Similar Homes for Sale



● FOR SALE
$850,000
8 beds, 3.0 baths, 2910 s...
57 Webster Ave, Somervi...

● FOR SALE
$729,000
5 beds, 3.0 baths, 2266 s...
309 Washington St, Som...

See listings near 1107 Cambridge St

**Exhibit D**

# 1107 Cambridge St

983 sq. ft.
*1105*

5,000 sq. ft.

2,367 sq. ft.

*1107-R*

*1107*

1,649 sq. ft.

*1109*

2,173 sq. ft.

*1123*  *1121*

*1111*

*1103*  *1101*

*1099*

*1097*

. Address

City Boundary

Buildings

Open Water

**Zoning Districts**
Residence A-1
Residence A-2
Residence B
Residence C
Residence C-1
Residence C-1A
Residence C-2
Residence C-2A
Residence C-2B
Residence C-3
Residence C-3A
Residence C-3B
Office-1
Office-2
Office-2A
Office-3
Office-3A
Business A
Business A-1
Business A-2
Business A-3
Business B
Business-1
Business 2
Business C
Industry A-1
Industry A-2
Industry A
Industry B-1
Industry B-2

City of Cambridge
Massachusetts

1" = 16 ft

All data is provided for graphic representation only. The City
of Cambridge expressly disclaims all warranties of any type,
expressed or implied, including, but not limited to, any
warranty as to the accuracy of the data, merchantability, or
fitness for a particular purpose.

Exhibit E



Cambridge CityViewer - Ci ×

https://web.archive.org/web/20140415065111/http://www.cambridgema.gov/G...

INTERNET ARCHIVE WaybackMachine | http://www.cambridgema.gov/GIS/interactivemaps/Cambridgecityviewer. Go | MAR APR OCT | Close

8 captures
15 Apr 14 – 7 Nov 14 | 2013 15 2014 2015 | Help ?

Contact GIS | Cambridge Home P

Text Size: A A

Search

# Geographic Information System

*City of Cambridge, MA*

INTERACTIVE MAPS | MYCAMBRIDGE | MAP GALLERY | GIS DATA | MOBILE MAPS | ABOUT GIS

- Assessing Block Maps
- Cambridge CityViewer
- Community Development Department
- Public Works
- iReport Themes
- Non Departmental Maps

## Cambridge CityViewer

Cambridge CityViewer is our most robust interactive mapping solution. CityViewer gives City staff and the public access to a variety of different themes of the city. It has many features which allow users to view, query, and create maps, as well as export selected datasets into a spreadsheet, add additional GIS layers to the map, generate abutters list for mailings, use measurement tools, mark up maps, send links to users by e-mail, and more!

Each CityViewer theme contains different information and you can easily jump between viewers to find all the details you're looking for. Whether you're an experienced GIS user or a first time viewer, the Cambridge CityViewer is a great way to explore the city and create your own personalized maps.

### Select Viewer

Zoning

Parcel

Address

Historical

Water

Traffic

Sewer

### Enter Address (Optional)

Start typing an address

Launch CityViewer

myCambridge
Your Address
Your Information

### Geographic Information System

831 Massachusetts Ave
Cambridge MA 02139
Phone: 617.349.4140
Contact Us

### Hours

Monday: 8:30am-8pm
Tuesday-Thursday: 8:30am-5pm
Friday: 8:30am-12pm

About GIS | Disclaimer | Privacy Statement | Site Map | © 2014 City of Cambridge, MA

Exhibit F



## City of Cambridge: CityViewer

http://www2.cambridgema.gov/GIS/search.cfm?applicationid=CDDPub

What is the best way to experience the city of Cambridge, Massachusetts? You could read a history of Harvard University, take a walking tour, or perhaps browse a topical website. But why not look at the Cambridge CityViewer for edification? This unique tool "allows the public to view, query, mark up, and print custom maps using only a web browser." Notedly, the viewer works best with Internet Explorer or Mozilla Firefox. Visitors can check out ten different topical overlays, including those dealing with city parks, construction projects, land parcels, sewers, zoning, and traffic. There are many ways to get started, such as performing a simple search, an advanced search, or even just by typing in a street name and number. For anyone with an interest in urban history, planning, and land use, this site is a rare treat. [KMG]

Back to Contents   |   Back to Top

## John Singer Sargent Watercolors

http://www.mfa.org/exhibitions/john-singer-sargent-watercolors

The two US museums that own the largest collections of John Singer Sargent's work, the Museum of Fine Arts Boston and the Brooklyn Museum, have collaborated to mount this exhibition of over 90 Sargent watercolors. The accompanying website features a slideshow with 10 paintings, and several short videos. The first painting in the slideshow, *Simplon Pass: Reading*, about 1911, shows two young women dressed in white, lounging outdoors in the shade of their parasols. In one of the videos, art historian Richard Ormond, who is actually John Singer Sargent's great nephew, tells the story of one of the young women depicted, Rose-Marie Ormond, who was his aunt and Sargent's niece. "Meet the Master of Watercolor" is a video introduction to the exhibition with Museum Director Malcolm Rogers and curator Erica Hirshler, while "Learn Sargent's Technique" is a just-over-two-minute demo of Sargent's wet-on-wet painting, by artist Monika de Vries Gohlke. [DS]

Back to Contents   |   Back to Top

## Center for Pacific Northwest Studies: Photograph Catalog

http://www.library.wwu.edu/photo_cat_cpnws

The Center for Pacific Northwest Studies at Western Washington University brings together a host of scholars fascinated with the change and development in the Pacific Northwest region from the 1850s to the 1960s. With over 6,000 photographs, the collection covers everything from Native American culture and traditions to the Works Progress Administration's legacy in the state. Visitors will find Washington's Whatcom, Skagit, and Island counties quite well documented and first-time users can browse the Photograph Catalog for collections of select photographers and prominent individuals. The Ferd Brady collection contains a wonderful range of activities and cultural events that took place in La Connor, Washington during the 1930s and 1940s. Additionally,

Exhibit G