Lake James Hammond Perriguey, OSB 983213
lake@law-works.com
Law Works LLC
1906 SW Madison Street
Portland, OR 97205
503-803-5184
Fax 503-334-2340

Dan Booth, MA Bar #672090 (admitted *pro hac vice*)
dbooth@boothsweet.com
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
617-250-8602
Fax 617-250-8883

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL G. SCHWERN**, | Case No. 3:14-cv-00146-PK |
| **Plaintiff**, | |
| v. | **NOTICE ON RECORD OF DEFENDANT'S DEATH** |
| **NÓIRÍN PLUNKETT**, | |
| **Defendant**. | |

This statement of death is filed pursuant to Fed. R. Civ. P. 25(a)(1).

Defendant Nóirín Plunkett died unexpectedly in late July. Plunkett's counsel learned of this tragic event on July 29, 2015.

Despite Plunkett's death, plaintiff Michael Schwern has not withdrawn his complaint. On July 30, 2015, Schwern's counsel informed Plunkett's counsel that he intends to pursue his claims against Plunkett's personal representative, when one is named, as a substitute defendant.

The undersigned counsel, who does not represent Plunkett's estate, will serve this notice upon Plunkett's father pursuant to Fed. R. Civ. P. 4(e)(2)(A).

Dated: July 31, 2015                              Respectfully submitted,

                                                  /s/  Dan Booth
                                                  Dan Booth

                                                  *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document by using the Court's ECF system on this 31st day of July, 2015, thereby causing a true copy of said document to be served electronically upon counsel of record for each other party.
I further certify that I shall personally serve a true copy of the foregoing document on this 31st day of July, 2015 upon defendant Nóirín Plunkett's father, Patrick Plunkett of 15 Trees Road, Mount Merrion, Co Dublin, Ireland.

                                                  /s/  Dan Booth