Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **PLAINTIFF'S FOURTH STATUS REPORT** |
| v. | |
| PATRICK PLUNKETT, Personal Representative of the Estate of Nóirín Plunkett, | |
| Defendant. | |

      On August 15, 2014, the Court directed the parties to file a formal joint status report every 120 days during the pendency of defendant's interlocutory appeal. This is the fourth status report. It is filed by plaintiff alone, however, because personal service has not yet been perfected on Patrick Plunkett.

      Defendant's appeal has been fully briefed and is pending placement on the Ninth Circuit's oral argument calendar. At this point, it appears that oral argument will be held no

PLAINTIFF'S FOURTH STATUS REPORT – Page 1

sooner than March 2016.

    Both the Ninth Circuit and this Court have granted the parties' motions to substitute Patrick Plunkett as the defendant. Plaintiff has taken all the necessary steps under the Hague Convention to effect personal service of the motion in this Court on Mr. Plunkett in Ireland, but is still awaiting proof of service from the responsible Irish authorities.

    Pursuant to the Court's August 15, 2014 order, the next status report is due on March 30, 2016.

    RESPECTFULLY SUBMTTED December 1, 2015,

    /s/ Bear Wilner-Nugent
    Bear Wilner-Nugent, OSB #044549
    Attorney for Plaintiff

PLAINTIFF'S FOURTH STATUS REPORT – Page 2