UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL G. SCHWERN,   No. 3:13-CR-00559-HZ

    Plaintiff,   **AFFIDAVIT OF SERVICE**

v.

PATRICK PLUNKETT,

Personal Representative of the Estate
of Nóirín Plunkett,

    Defendant.

THE UNITED KINGDOM  )
NORTHERN IRELAND     ) ss.
COUNTY DOWN            )

Received by Professional Information Agency, Ltd. on January 15, 2016 and to be served upon Patrick Plunkett, personal representative of the estate of Nóirín Plunkett.

I, Andrew Weir, first being duly sworn, hereby depose and say that on Monday, January 18, 2016, at 5:40 p.m., I:

**SERVED** the within named **Patrick Plunkett**, personal representative of the estate of Nóirín Plunkett, by delivering a true copy of the **Plaintiff's Motion to Substitute Defendant** to Patrick Plunkett. Said service was effected at **15 Trees Road, Mount Merrion, County Dublin, Ireland**.

I am a process server in the jurisdiction in which service was effected. I am over eighteen years of age. I am not a party to this action.

SWORN at 72 HIGH STREET, BELFAST

in the County of the City of Belfast

this 27TH day of JANUARY 2016 before me a

Solicitor empowered to administer oaths for the Supreme Court of Judicature in Northern Ireland