**From:** "dbooth@boothsweet.com" <dbooth@boothsweet.com>
**Subject: Re: Letter from Dr. Plunkett and Ms. O'Callaghan**
**Date:** October 1, 2015 9:22:03 AM EDT
**To:** Bear Wilner-Nugent <bwnlaw@gmail.com>

Bear,

I will mention it to Mr. Plunkett. I have not yet been retained as his counsel, but I expect I will be soon after he returns to Ireland next week.

Best,
Dan

Dan Booth
Booth Sweet LLP
32R Essex Street #1A
Cambridge, MA 02139
(617) 250-8629
(617) 250-8883 fax
dbooth@boothsweet.com
http://boothsweet.com

On Sep 30, 2015, at 5:12 PM, Bear Wilner-Nugent wrote:

> Dear Dan,
>
> Ms. Plunkett's parents sent me a handwritten letter direct from Ireland, which contained another letter from them addressed to Mr. Schwern trying to persuade him to dismiss his lawsuit. I understand the depth of their grief, but to the extent that you are aligned with their legal interests, you may wish to let them know that I cannot have them doing an end-run around counsel and trying to communicate directly with my client. And I don't feel comfortable forwarding mail like that without you being included in the loop. Thank you.
>
> Bear
>
> Bear Wilner-Nugent, Counselor and Attorney at Law LLC
> 620 SW 5th Avenue, Suite 1008
> Portland, Oregon 97204
> 503-351-BEAR
> bwnlaw@gmail.com
> bwnlaw.com
> @OregonMJLaw