| **LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE** | Docket No. MI15P5711EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| **Estate of:** Noirin Patricia Plunkett  **Date of Death:** 07/28/2015 | | Middlesex Probate and Family Court 208 Cambridge Street Cambridge, MA 02141 (617)768-5800 |

To:

**Patrick K Plunkett**

**15 Trees Road**

**Mount Merrion**

**County Dublin**

**IRELAND, XX XXXXX**

You have been appointed and qualified as Personal Representative in ☐ Supervised ☒ Unsupervised administration of this estate on ___October 21, 2015___ .
(date)

These letters are proof of your authority to act pursuant to G.L. c. 190B, except for the following restrictions if any:

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

⬇ ⬇   (Do Not Write Below This Line-For Court Use Only)   ⬇ ⬇

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date ___October 21, 2015___

_Tara E. DeCristofaro_
Tara E. DeCristofaro, Register of Probate

MPC 751 (3/31/12)