**From:** Bear Wilner-Nugent <bwnlaw@gmail.com>
**Subject:** **Re: Appearance of the estate as a party**
**Date:** October 26, 2015 1:09:27 PM EDT
**To:** "dbooth@boothsweet.com" <dbooth@boothsweet.com>

OK, I will file the motions.

Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
503-351-BEAR
bwnlaw@gmail.com
bwnlaw.com
@OregonMJLaw

On Mon, Oct 26, 2015 at 10:08 AM, dbooth@boothsweet.com <dbooth@boothsweet.com> wrote:
> Dear Bear,
>
> The estate will not move to be made a substitute defendant.
>
> Thanks,
> Dan
>
> Dan Booth
> Booth Sweet LLP
> 32R Essex Street #1A
> Cambridge, MA 02139
> (617) 250-8629
> (617) 250-8883 fax
> dbooth@boothsweet.com
> http://boothsweet.com
>
> On Oct 26, 2015, at 12:53 PM, Bear Wilner-Nugent wrote:
>
>> Dear Dan,
>>
>> Will the estate itself be moving to substitute in as a party or will I need to file the appropriate motions?
>>
>> Thanks,
>>
>> Bear
>>
>> Bear Wilner-Nugent, Counselor and Attorney at Law LLC
>> 620 SW 5th Avenue, Suite 1008
>> Portland, Oregon 97204
>> 503-351-BEAR
>> bwnlaw@gmail.com
>> bwnlaw.com
>> @OregonMJLaw