

or people, jobs, companies, and more... Advanced 9 12
Interests Business Services Try Premium for free
Part-Time MIT EXEC MBA - Mid-Career, 20-month program to Recharge & Refocus your career. Learn More. | Read More »

# Andrew Weir

3rd

Director at Professional Information Agency

Belfast, Belfast, United Kingdom | Security and I

Previous IRFU, HMG

Education Gransha Boys

Send Andrew InMail

People also viewed

Scott McClenaghan
Technology Enthusiast

Contact Info https://uk.linkedin.com/in/andrew-weir-20a21930

**Background**

## Summary

Professional Information Agency is an Established, Reliable Process Serving and Field Agent Company that gives its clients the professional efficient service that they deserve, which is probably unrivaled in Northern Ireland.

Formed in 1991 the company provides a service to many legal firms, throughout the United Kingdom and Ireland.

ProcessServers & Field Agents Belfast - Prof...

## Experience

**Director**
Professional Information Agency
September 1991 – Present (24 years 6 months) | Belfast BT1

Process Serving and Private Investigations

### How You're Connected

You

David Kluft 1st
Partner at Foley Hoag LLP; Trademar...

This person knows 1 or more people who can introduce you to Andrew

Andrew 3rd
Send Andrew InMail

**Ads You May Be Interested In**

**Attorney Leads (Local)**
We Need Local Attorneys Looking for Clients. Sign up to Receive Leads Today

**47 New MA Clients**
47 new legal clients seeking a MA attorney. View their cases today.

**Solo or small law firm?**
Use our 24/7 remote receptionists to screen potential clients. Free trial!

### People Also Viewed

Scott McClenaghan
Technology Enthusiast

Atlantic Legal Service Galway
Summons Server Galway at Atlantic Legal Service

Jacqueline Stringer
Partner at Symons Gay & Leland LLP

▼ 1 recommendation


**Vince Butler**
Owner/Director, VTK Investigations Limited

Andrew came to my attention highly recommended by a fellow agent and he certainly did not disappoint. His response and service were first class and his whole operation was slick, efficiant and very professional and I will now recommend Andrew and... View↓



Private Investigators Belfast - Professional In…    PROFESSIONAL INFORMATION AGENCY

**Resource Manager**
IRFU
2012 – 2014 (2 years)

**Resource Manager**
IRFU
2012 – 2014 (2 years)

**Civil Servant**
HMG
February 1982 – September 1991 (9 years 8 months)

 Volunteer Experience & Causes

**Resource Manager**
IRFU
January 2012 – September 2014 (2 years 9 months)

Challenging , but rewarding to see success evolve

 Skills

Top Skills

| 27 | Private Investigations |
| 19 | Investigation |
| 15 | Background Checks |
| 14 | Surveillance |
| 11 | Internal Investigations |
| 10 | Personal Protection |
| 10 | Asset Protection |




**Arthur Greenway**
Owner, Aj's Disco Service and AG Lock service


**Johnny Wright**
Owner, J.D. Wright building Services

**Michael Murphy**
Partner at ROGER GREEN SOLICITORS

**Sarah Watson**
Solicitor at Edmondsonhall Solicitors

**Stephen Knock**
Partner at Sorrell

**Peter Luscombe**
Wealth Management Consultant at Delta Wealth Management Ltd, Partner Practice of St. James's Place Wealth Management

**Karen Everitt**
Fraud Investigator at Braintree District Council

**People Similar to Andrew**



**Andrew Rossi**  3rd
Pillar 3 UK
Connect

**Ads You May Be Interested In**


**Attorney Wanted**
We need attorneys to help our legal clients. Free trial to view cases.


**Join a CEO Board**
Tap into today's brightest business minds & get remarkable results.

| 10 | Executive Protection |
| 7  | Fraud |
| 7  | Courts |

Andrew also knows about...

| 6 | Protection | 6 | Criminal Investigations | 5 | Asset Tracing | 5 | Corporate Security |

| Tracing | Investigations |

**Attn: Attorneys & Lawyers**
Our Customers Need You! Start Getting Leads for New Clients Today!

### Education

**Gransha Boys**

### Additional Info

- **Interests**

Process Serving, Private Investigations, Tracing Missing Persons.

### Recommendations

Received (1) ▾    Given (1)

**Director**
Professional Information Agency

**Vince Butler**
Owner/Director, VTK Investigations Limited

> Andrew came to my attention highly recommended by a fellow agent and he certainly did not disappoint. His response and service were first class and his whole operation was slick, efficiant and very professional and I will now recommend Andrew and his colleagues to others. I will definately be using Andrew again.

July 4, 2011, Vince was Andrew's client

### Groups


**Professional Private ...**
8,288 members
+ Join


**Process Server Netw...**
2,548 members
+ Join


**Process Servers**
3,488 members
+ Join


**Collections,Trace an...**
1,684 members
+ Join



**Rugby Network - Car…**
10,600 members
+ Join

**Following**

## News



**Pulse**
373,808 followers
✓ Following

## Companies



**La Mon Hotel & Coun…**
Hospitality
+ Follow



**Invest Northern Ireland**
International Trade and Development
+ Follow



**Tight5 Events**
Events Services
+ Follow



**Optima Legal**
Legal Services
+ Follow



**The Association of B…**
Legal Services
+ Follow

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account
LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback