Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **PLAINTIFF'S FIFTH STATUS REPORT** |
| v. | |
| PATRICK PLUNKETT, Personal Representative of the Estate of Nóirín Plunkett, | |
| Defendant. | |

On August 15, 2014, the Court directed the parties to file a formal joint status report every 120 days during the pendency of defendant's interlocutory appeal. This is the fifth status report. It is filed by plaintiff alone, however, because Patrick Plunkett takes the position that the Court does not yet have personal jurisdiction over him. Plaintiff is continuing to work with the Irish Central Authority under the Hague Convention to remedy that state of affairs.

Defendant's appeal has been fully briefed and is pending placement on the Ninth

PLAINTIFF'S FIFTH STATUS REPORT – Page 1

Circuit's oral argument calendar. At this point, it appears that oral argument will be held no sooner than July 2016. Pursuant to the Court's August 15, 2014 order, the next status report is due on July 29, 2016.

    RESPECTFULLY SUBMTTED March 30, 2016,

                                              /s/ Bear Wilner-Nugent
                                              Bear Wilner-Nugent, OSB #044549
                                              Attorney for Plaintiff