Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL G. SCHWERN,                          Case No. 3:14-CV-00146-PK

           Plaintiff,                        **PLAINTIFF'S SIXTH STATUS
                                             REPORT**

      v.

PATRICK PLUNKETT,
Personal Representative of
the Estate of Nóirín Plunkett,

           Defendant.


On August 15, 2014, the Court directed the parties to file a formal joint status report

every 120 days during the pendency of defendant's interlocutory appeal. This is the sixth such

status report. It is filed by plaintiff alone, however, because Patrick Plunkett continues to hold

the position that the Court does not yet have personal jurisdiction over him. Since the last status

report, plaintiff has made further efforts to serve Mr. Plunkett through the Irish Central Authority

under the Hague Convention, with no evidence of success.


PLAINTIFF'S SIXTH STATUS REPORT – Page 1

Defendant's appeal has long since been fully briefed and remains pending placement on the Ninth Circuit's oral argument calendar. The Ninth Circuit recently advised the parties that it is considering hearing the case in Portland between November 7 and November 10. Under the Court's 2014 order, the next status report is due on November 29.

RESPECTFULLY SUBMTTED August 1, 2016,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Plaintiff