Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT** |
| v. | |
| PATRICK PLUNKETT, Personal Representative of the Estate of Nóirín Plunkett, | |
| Defendant. | |

      Plaintiff Michael G. Schwern, through counsel, respectfully moves the Court for an order continuing the October 25, 2016 oral argument on Patrick Plunkett's motion for relief under Fed. R. Civ. P. 60(1)(1) and motion to dismiss. Mr. Plunkett's counsel has stated that he does not oppose this motion. The United States Court of Appeals for the Ninth Circuit has calendared oral argument on Mr. Plunkett's appeal of this Court's denial of Nóirín Plunkett's special motion to strike for November 9, 2016. Because the Ninth Circuit's decision may moot the motions

PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT – Page 1

pending in this Court, and to reduce costs for all concerned, the parties agree that it would be best if this Court continued the oral argument for a minimum of two months. Accordingly, the Court should grant this motion and continue the argument.

    RESPECTFULLY SUBMTTED September 26, 2016,

                                        /s/ Bear Wilner-Nugent
                                        Bear Wilner-Nugent, OSB #044549
                                        Attorney for Plaintiff