Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
(503) 351-2327
Fax (503) 914-6665
bwnlaw@gmail.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL G. SCHWERN, | Case No. 3:14-CV-00146-PK |
| Plaintiff, | **PLAINTIFF'S SEVENTH STATUS REPORT** |
| v. | |
| PATRICK PLUNKETT, Personal Representative of the Estate of Nóirín Plunkett, | |
| Defendant. | |

On August 15, 2014, the Court directed the parties to file a formal joint status report every 120 days during the pendency of defendant's interlocutory appeal. This is the seventh such status report. It is filed by plaintiff alone, however, because Patrick Plunkett continues to hold the position that the Court does not yet have personal jurisdiction over him. Since the last status report, plaintiff has not learned anything new from the Irish Central Authority under the Hague Convention.

PLAINTIFF'S SEVENTH STATUS REPORT – Page 1

A panel of the United States Court of Appeals for the Ninth Circuit heard oral argument on defendant's interlocutory appeal on November 9, 2016. The case was submitted for decision at the close of the argument. Currently, the Ninth Circuit is issuing opinions in civil appeals a rough average of five months after oral argument.

Under the Court's 2014 order, the next status report is due on March 29, 2017.

RESPECTFULLY SUBMTTED November 29, 2016,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Plaintiff

PLAINTIFF'S SEVENTH STATUS REPORT – Page 2