UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL G. SCHWERN,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>PATRICK PLUNKETT, as personal representative of the Estate of Noirin Plunkett,<br><br>    Defendant-Appellant. | No. 14-35576<br><br>D.C. No. 3:14-cv-00146-PK<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: McKEOWN, W. FLETCHER, and FISHER, Circuit Judges.

  The court grants appellant's pending motion related to judicial notice.