IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL G. SCHWERN,                          No. 3:14-cv-146-PK

                Plaintiff,                 OPINION & ORDER

       v.

PATRICK PLUNKETT,

                Defendant.


HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings and Recommendation [99] on July 5,

2017, in which he recommends that the Court grant Defendant's motion for attorney fees [87]

and bill of costs [88].

Because neither party timely filed an objection to the Magistrate Judge's Findings and

Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of

Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [99]. Accordingly, Defendant's motion for attorney fees [87] and bill of costs [88] are granted and Defendant shall be awarded attorney fees in the amount of $37,521.18 and his costs in the amount of $ 952.03.

IT IS SO ORDERED.

DATED this ___27___ day of ___August_____, 2017.

MARCO A. HERNÁNDEZ
United States District Judge